182 So.2d 661

**Roy URK et al.**

v.

**SOUTHERN FARM BUREAU CASUALTY INSURANCE COMPANY et al.**

No. 48048.

Feb. 23, 1966.

In re: Roy Urk applying for certiorari, or writ of review, to the Court of Appeal, Second Circuit, Parish of Bossier. 181 So.2d 69.

The application is denied. There appears no error of law in the judgment complained of.

182 So.2d 662

**William C. HAYWARD et al.**

v.

**Earl L. CARRAWAY et al.**

No. 48049.

Supreme Court of Louisiana.

Feb. 23, 1966.

In re: Earl L. Carraway et al. applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of Ascension. 180 So.2d 758.

Writ refused. On the facts found by the Court of Appeal there appears no error of law in its judgment.